## STATE OF FLORIDA v SHARP
### Case No. 89-0023-CA-AP-NpL
Seventh Judicial Circuit, Volusia County

November 15, 1990

### APPEARANCES OF COUNSEL

**Ben Fox, Esquire,** State Attorney's Office, for appellant.

**Eric A. Latinsky, Esquire,** for appellee.

Before KENNEDY, FOXMAN, JJ.

### OPINION OF THE COURT

The State of Florida appeals "a final order suppressing the Defendant's breath test results". The Appellant concedes that it has sought

the improper remedy which should have been certiorari. Pursuant to Rule 9.040(c), Fla. R. App. P., we shall treat this appeal as if certiorari had properly been sought.

After review of the parties' briefs and hearing oral argument, we find substantial factual findings by the trial court to support its Order, and we therefore affirm the Order Granting Defendant's Motion to Suppress Breath Test Results. AFFIRMED.